IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLSIE I., a minor,<br>By and Through PAM I.,<br>Her Guardian Ad Litem,<br><br>    Plaintiff,<br><br>v.<br><br>VACAVILLE UNIFIED SCHOOL<br>DISTRICT et al.,<br><br>    Defendants.<br>_____/ | CASE NO.  2:08-CV-02158 FCD JFM<br><br>ORDER APPOINTING GUARDIAN<br>AD LITEM |

The Court having considered the Petition of Charlsie I. for the appointment of Guardian Ad Litem for Plaintiff, a disabled minor, in the above-captioned action, and good cause appearing,

IT IS SO ORDERED that Pam I. be appointed Guardian Ad Litem for Charlsie I..

Dated: September 16, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Charlsie I. v. Vacaville Unified Sch. Dist.  et al;
Case No. 2:08-CV-02158 FCD JFM
Order Appointing Guardian ad Litem                                                      Page 1 of 1