1 | LAPLANTE, SPINELLI, DONALD & NOTT
A Professional Corporation
2 | 815 S Street, Second Floor
Sacramento, CA 95811
3 | Telephone: (916) 448-7888
Facsimile: (916) 448-6888

*Domenic D. Spinelli, SBN 131192*
*Alison F. Wessel, SBN 251084*
**ATTORNEYS FOR**
**Defendants**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLSIE I., a minor, by and through PAM I., her Guardian ad Litem, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT, SUPERINTENDENT JOHN AYCOCK, in his Official Capacity, SPECIAL EDUCATION DIRECTOR LYNDA DONAHUE, in her Official Capacity, and DOES 1 through 50,<br><br>Defendants.<br>_____/ | Case No.: 2:08-CV-02158-FCD-JFM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Having reviewed the Stipulation signed by the parties and filed with this court as to an extension of time for Defendants to respond to Plaintiffs' Complaint, the Court hereby orders as follows:

Defendants' Answer to Plaintiffs' Complaint, originally due in this Court on or before Monday, October 6, 2008, is now due to be filed in this Court on or before Wednesday, November 5, 2008.

*///*

**IT IS SO ORDERED.**

Dated:  October 3, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE