LAPLANTE, SPINELLI, DONALD & NOTT
A Professional Corporation
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

*Domenic D. Spinelli, SBN 131192*
*Alison F. Wessel, SBN 251084*
**ATTORNEYS FOR Defendants**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLSIE I., a minor, by and through PAM I., her Guardian ad Litem, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT, SUPERINTENDENT JOHN AYCOCK, in his Official Capacity, SPECIAL EDUCATION DIRECTOR LYNDA DONAHUE, in her Official Capacity, and DOES 1 through 50,<br><br>Defendants.<br>_____/ | Case No.: 2:08-CV-02158-FCD-KJN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled matter to the Voluntary Dispute Resolution Program.

Dated: January____, 2010  **LAW OFFICES OF ROBERT S. KILBY**

By: ___/s/_____
Robert S. Kilby
Attorney for Plaintiff

| | | |
|---|---|---|
| Dated: January____, 2010 | | **LAPLANTE, SPINELLI, DONALD & NOTT** |
| | By: | ____/s/_____ |
| | | Domenic D. Spinelli |
| | | Alison F. Wessel |
| | | Attorney for Defendants |

**ORDER**

**IT IS SO ORDERED.**

Dated: February 24, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE