LAPLANTE, SPINELLI, DONALD & NOTT
A Professional Corporation
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888

*Domenic D. Spinelli, SBN 131192*
*Alison F. Wessel, SBN 251084*
**ATTORNEYS FOR Defendants**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLSIE I., a minor, by and through PAM I., her Guardian ad Litem, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT, SUPERINTENDENT JOHN AYCOCK, in his Official Capacity, SPECIAL EDUCATION DIRECTOR LYNDA DONAHUE, in her Official Capacity, and DOES 1 through 50,<br><br>Defendants.<br>_____/ | Case No.: 2:08-CV-02158-FCD-KJN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled matter to the Voluntary Dispute Resolution Program.

Dated: January____, 2010          **LAW OFFICES OF ROBERT S. KILBY**


                                 By:    ___/s/_____
                                        Robert S. Kilby
                                        Attorney for Plaintiff

Stipulation and Order to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP)
Pursuant to Local Rule 271
1

LAPLANTE, SPINELLI, DONALD & NOTT

| | |
|---|---|
| Dated: January____, 2010 | **LAPLANTE, SPINELLI, DONALD & NOTT** |
| | By:    ____/s/_____ |
| | Domenic D. Spinelli |
| | Alison F. Wessel |
| | Attorney for Defendants |

**ORDER**

**IT IS SO ORDERED.**

Dated:  February 24, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP)
Pursuant to Local Rule 271
2
LAPLANTE,
SPINELLI,
DONALD &
NOTT