LAPLANTE, SPINELLI, DONALD & NOTT
A Professional Corporation
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888

*Domenic D. Spinelli, SBN 131192*
*Alison F. Wessel, SBN 251084*
**ATTORNEYS FOR**
**Defendants**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLSIE I., a minor, by and through PAM I., her Guardian ad Litem, et al., | Case No.: 2:08-cv-02158-FCD-JFM |
| Plaintiff, | **ORDER RE EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES.** |
| vs. | |
| VACAVILLE UNIFIED SCHOOL DISTRICT, SUPERINTENDENT JOHN AYCOCK, in his Official Capacity, SPECIAL EDUCATION DIRECTOR LYNDA DONAHUE, in her Official Capacity, and DOES 1 through 50, | |
| Defendants. | |

Having reviewed the Stipulation signed by the parties and filed with this court as to an extension of time for the parties to disclose expert witnesses, the Court hereby orders as follows:

The parties, originally required to disclose expert witnesses on or before November 15, 2010, are now due to disclose expert witnesses, pursuant to the Federal Rules of Civil Procedure, Rule 26, on or before January 17, 2011.

///

///

1  **IT IS SO ORDERED.**

3  Dated:  October 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE