SPINELLI, DONALD & NOTT
A Professional Corporation
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888

*Domenic D. Spinelli, SBN 131192*
*Alison F. Wessel, SBN 251084*
**ATTORNEYS FOR Defendants**
**VACAVILLE UNIFIED SCHOOL DISTRICT,**
**SUPERINTENDENT JOHN AYCOCK, in his**
**Official Capacity, SPECIAL EDUCATION DIRECTOR**
**LYNDA DONAHUE, in her Official Capacity**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLSIE I., a minor, by and through PAM I., her Guardian ad Litem, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT, SUPERINTENDENT JOHN AYCOCK, in his Official Capacity, SPECIAL EDUCATION DIRECTOR LYNDA DONAHUE, in her Official Capacity, and DOES 1 through 50,<br><br>    Defendants.<br>_____/ | Case No.:  2:08-CV-02158-FCD-KJN<br><br>*Amended* **STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:  February 28, 2011                                **SPINELLI, DONALD & NOTT**

                                              By:     /s/   Domenic  D. Spinelli         .
                                                      Domenic D. Spinelli
                                                      Alison F. Wessel
                                                      Attorney for Defendants

| | |
|---|---|
| Dated: February 28, 2011 | **LAW OFFICES OF ROBERT KILBY** |
| | By:   /s/   Robert Kilby |
| | Robert Kilby |
| | Attorney for Plaintiffs |

**IT IS SO ORDERED.**

Dated: March 4, 2011.

_____
UNITED STATES DISTRICT JUDGE